AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, LOCAL #74, ET AL., APPELLEES, *v.* THE CITY OF WARREN ET AL., APPELLANTS.

[Cite as *Am. Fedn. of State, Cty., & Mun. Emps., Local #74 v. Warren,* 122 Ohio St.3d 545, 2009-Ohio-4120.]

*Court of appeals' judgment affirmed on the authority of Lima v. State.*

(No. 2008-1836 — Submitted July 14, 2009 — Decided August 20, 2009.)

APPEAL from the Court of Appeals for Trumbull County, No. 2007-T-0110, 2008-Ohio-3905.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Lima v. State*, 122 Ohio St.3d 155, 2009-Ohio-2597, 909 N.E.2d 616.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

LANZINGER, J., dissents.

_____

Green Haines Sgambati Co., L.P.A., Dennis Haines, and Charles W. Oldfield, for appellees American Federation of State, County, and Municipal Employees, Local #74, and Warren Management Association.

Richard Cordray, Attorney General, Benjamin C. Mizer, Solicitor General, and Sharon A. Jennings and Pearl M. Chin, Assistant Attorneys General, for appellee state of Ohio.

Gregory V. Hicks, Law Director, and James R. Ries, Deputy Law Director, for appellants.

_____